AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
PEDRO MOREL DE LA ROSA
*Defendant*

Case No. 26MAG4413

Charging District: District of Massachusetts

Charging District's Case No. 26-mj-3327-JDH-1

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: John Joseph Moakley United States Courthouse, located at 1 Courthouse Way, Suite 2300, Boston, MA 02210: Magistrate Judge Jessica D. Hedges | Courtroom No.: 15, 5th floor<br>Date and Time: 10/26/2026 9:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/21/2026

Katharine H Parker

*Judge's signature*

KATHARINE H. PARKER USMJ - SDNY

*Printed name and title*